**Order entered October 4, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00412-CR

**BRANDON ALEXANDER BLACKNALL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F10-23902-U**

## ORDER

The Court **REINSTATES** the appeal.

On October 5, 2015, we ordered the trial court to make findings regarding why appellant's brief had not been filed. On November 3, 2015, we received appellant's brief, together with an extension motion. Therefore, in the interest of expediting the appeal, we **VACATE** the October 5, 2015 order requiring findings.

We **GRANT** the extension motion and **ORDER** appellant's brief filed as of the date of this order.

/s/    ADA BROWN
        JUSTICE